**Abatement Order filed August 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00496-CV
_____

## IN RE SAILUN GROUP CO., LTD., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58759**

---

## ABATEMENT ORDER

On June 24, 2019, relator Sailun Group Co., Ltd., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order the Honorable Jaclanel McFarland, Judge of the 133rd District Court, in Harris County, Texas, to set aside her order dated June 3, 2019, granting the motion for entry upon property and for inspection, entered in trial court number 2017-58759, styled *Maureen Miregi, Individually and as Representative of the Estate of Daniel Miregi, Deceased, and as Next Friend of Minors Otieno Miregi, Daniel Miregi, Hezron Miregi, Pendo Miregi, Racheal Miregi, and Beryl Miregi v. Alamo Concrete*

*Products Company, et al.*

On August 8, 2019, the parties advised this court that they have reached a full compromise and settlement of all claims in the underlying case. The parties request that this original proceeding be abated for through October 21, 2019, so that the settlement can be completed.

The original proceeding is abated until **October 21, 2019**, at which time the relator and the real party in interest are directed to advise the court of the status of the settlement. The original proceeding is treated as a closed case and removed from this court's active docket. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. This court also will consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.